## In The United States District Court For The Northern District Of Ohio, Eastern Division

Affidavit in Support of an Application for an Arrest Warrant

I, Shawn A. Brown, a Task Force Officer with the Federal Bureau of Investigation, being first duly sworn, depose and state:

1. I am a sworn Federal Bureau of Investigation Task Force Officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a sworn law enforcement officer engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I am a detective with the Akron Police Department (Akron, Ohio) assigned to the Narcotics Unit, and have been a sworn officer since April 1995. I am also a full-time Task Force Officer (TFO) with the Federal Bureau of Investigation, and have been since February 2015. While employed by the Akron Police Department and also assigned to the FBI, I have investigated federal criminal violations related to drug trafficking organizations, public corruption and a variety of other criminal matters. I have gained experience through training at the Akron Police Department's Training Bureau, Ohio Peace Officers Training Academy in London and Richfield, Ohio, various narcotics and criminal investigative and training locations throughout the United States and everyday work relating to these types of investigations.

2. I have used informants on many occasions to investigate individuals and drug trafficking organizations ("DTOs'"'"). Through informant interviews, and extensive debriefings of individuals involved in narcotics trafficking, I have learned the manners and means by which individuals and organizations distribute controlled substances in Ohio and other areas of the United States.

3. I have supervised purchases of controlled substances by informants, cooperating witnesses and undercover officers. I have also acted in an undercover capacity during dozens of large scale narcotics transactions. I also have experience conducting street surveillance of individuals engaged in narcotics trafficking activities. I have also participated in the execution of numerous search warrants where controlled substances, drug paraphernalia, drug trafficking records and drug proceeds were seized.

4. Through training and experience, I am familiar with the appearance and street names of various controlled substances, including marijuana, heroin, cocaine, crack cocaine and methamphetamine. I also know the street values of different quantities of these controlled substances, and am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I also know that drug traffickers typically possess firearms to protect their controlled substances and the proceeds from their drug trafficking from rival drug traffickers and/or law enforcement. Drug traffickers often strategically store firearms where they may gain quick access to them.

5. I am submitting this affidavit in support of an Application for an Arrest Warrant pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. 3052, authorizing the arrests of JUSTIN DUANE MARTIN, black male, date of birth 07/xx/1986, BRANDON LAMAR SHERIDAN, black male, date of birth 12/xx/1985.

6. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other agents and law enforcement officers; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the

2

investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another Special Agent, law enforcement officer or witness who had either direct or hearsay knowledge of that statement and to who I or others have spoken or whose reports I have read or reviewed. Since this Affidavit is submitted for the limited purpose of securing an Arrest Warrant, I have not included details of every aspect of the investigation.

7. Based upon the investigation to date, I assert probable cause exists to believe that on or about January 10, 2018, in the Northern District of Ohio, JUSTIN DUANE MARTIN and BRANDON LAMAR SHERIDAN did commit violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), that is, knowingly possessing with intent to distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, and Title 18, United States Code, Section 924(c)(1)(A), that is knowingly possessing firearms in furtherance of a drug trafficking crime.

## BACKGROUND OF THE INVESTIGATION

8. On January 9, 2018, at or about 2:40 PM, Detective Kandy Shoaff from the Akron Police Department, obtained a state search warrant for the premises at 106 Lake Street Akron, Ohio 44301. Our investigation has shown that this address was being utilized by JUSTIN DUANE MARTIN and BRANDON LAMAR SHERIDAN as a base for their drug trafficking activities. Law enforcement had observed MARTIN and SHERIDAN participating in behavior consistent with hand to hand drug trafficking activities at this site.

9. On January 10, 2018, at or about 9:00 AM, members of the Akron Police Department's Special Weapons and Tactics Team (SWAT) executed a search warrant and made entry into 106 Lake Street Akron, Ohio 44301. Upon entry into the residence, SWAT Team members observed

3

an adult female, later identified as S.W., exit a second floor bathroom with a small child. While a small group of SWAT Team members secured S.W. and the child, the remainder of the entry team continued to clear the residence. While clearing the residence for additional person(s), the SWAT Team encountered BRANDON SHERIDAN in the S/E second floor bedroom and JUSTIN DUANE MARTIN in the N/E second floor bedroom. After both SHERIDAN and MARTIN were secured, SWAT Team members continued a sweep of the residence. It was during the sweep that a SWAT Team members found a six-year-old child hiding in the second floor S/E bedroom closet.

10. Once 106 Lake Street Akron, Ohio 44301 was deemed secure by the Akron SWAT Team, detectives of the Akron Police Department's Narcotics Unit entered the residence and began a search for items related to the possession and distribution of narcotics. During the course of the search, detectives recovered 1,039.79 grams of methamphetamines. Detectives also recovered 14 firearms, (four of which were reported stolen per NCIC/LEADS). Detectives also recovered law enforcement issued body armor that was previously reported stolen from a Cuyahoga Falls, Ohio police officer during a residential burglary. Detectives also located digital scales and additional drug packaging materials. The amount of methamphetamines recovered and presence of scales and packaging materials throughout the residence along with several thousand dollars in United States currency, are consistent in my experience with the preparation of narcotics for sales.

11. Detectives recovered the following firearms from the N/E bedroom in which Detectives found JUSTIN DUANE MARTIN; one Taurus PT1911 bearing serial number NFY67228 (reported stolen from Pennsylvania), one Taurus .38 special revolver bearing serial number 987119, one Kel Tec 9mm bearing serial number RNL22, one Glock 19, 9mm bearing serial number FAX819, one USFA .22 caliber "zip gun" bearing serial number AAG953, one Smith and Wesson .38 caliber revolver bearing serial number CSB4208 (reported stolen from Wayne

4

County, Ohio, one Stevens model 350 12 gauge shotgun bearing serial number 120281K, and one Hi Point 9mm rifle bearing serial number A02218 (reported stolen from Houston, Texas). Detectives also found a large amount of methamphetamines, approximately $700 in United States currency, body armor, miscellaneous paperwork with JUSTIN DUANE MARTIN'S name on it, a box of drug scales, along with miscellaneous ammunition.

12. Detectives recovered the following items from the S/E bedroom in which Detectives found BRANDON LAMAR SHERIDAN; one Winchester 12 gauge shotgun bearing serial number LS23247, and one Taurus .357 revolver, bearing serial number AY568108 (reported stolen out of North Canton, Ohio). Detectives also found a large amount of methamphetamines and approximately $6,000 in United States currency, JUSTIN DUANE MARTIN'S wallet containing approximately $425 and his identification, a drug scale, a box containing 47 rounds of ammunition and BRANDON LAMAR SHERIDAN'S identification.

13. Detectives also found several additional firearms in an attic bedroom at BRANDON LAMAR SHERIDAN and JUSTIN DUANE MARTIN'S residence including: a Remington 870 firearm bearing serial number #D114109M, a Stoeger shotgun bearing serial number #J252328-10, a Mossberg shotgun, bearing serial number #U813401, a Remington 870 shotgun, bearing serial number #B333276M.

14. R. Michael Velten, a chemist with the Ohio Bureau of Criminal Investigation (BCI), conducted a forensic analysis of the suspected methamphetamine that Detectives recovered from BRANDON LAMAR SHERIDAN and JUSTIN DUANE MARTIN'S residence. Velten determined that the 1,039.79 grams recovered contained methamphetamine, a schedule II, controlled substance.

15. Based upon the foregoing, I respectfully request that a Warrant be issued authorizing law enforcement officers to arrest JUSTIN DUANE MARTIN and BRANDON LAMAR SHERIDAN for a violations of Title 21, United States Code, Sections 841(a)(1),(b)(1)(B), that is possession with intent to distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a schedule II, controlled substance, and Title 18, United States Code, Section 924(c)(1)(A), that is possession of a firearm in furtherance of a drug trafficking crime.

*Shawn Brown*
Shawn A. Brown
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed to before me this 13th day of August, 2018.

*Kathleen B. Burke*
KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE